FILED
AUG 0 4 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DIGDIGAN,<br><br>                 Plaintiff,<br><br>v.<br><br>AT&T CORP., a New York corporation; IC SYSTEM, Inc., a Minnesota corporation; and DOES 1 through 10,<br><br>                 Defendants. | Case No.: 3:20-cv-01429-BEN-AHG<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER**<br><br>[Doc No. 4] |

On July 31, 2020, Defendants AT&T Corp. and I.C. System, Inc. (collectively "Defendants") filed an unopposed Motion to extend time to answer the initial Complaint. For good cause shown, the unopposed motion is **GRANTED**. Both I.C. System, Inc. and AT&T Corp. each have until August 14, 2020, to file their Answers or otherwise respond to the Complaint. No further continuances will be granted without just cause.

**IT IS SO ORDERED.**

DATED: August 3, 2020

HON. ROGER T. BENITEZ
United States District Judge